UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

CHAMBERS OF
J. FREDERICK MOTZ
UNITED STATES DISTRICT JUDGE

101 WEST LOMBARD STREET
BALTIMORE, MARYLAND 21201
(410) 962-0782
(410) 962-2698 FAX

May 8, 2012

MEMO TO COUNSEL RE: Donna Michael v. Fulton, Friedman & Gullace
Civil No. JFM-12-359

Dear Counsel:

I have reviewed the memoranda submitted in connection with plaintiff's motion for attorneys' fees.

Plaintiff's fee application (document 10) is hereby granted and plaintiff is awarded $1,500.00 in attorneys' fees.

Despite the informal nature of this ruling, it shall constitute an Order of Court, and the Clerk is directed to docket it accordingly.

Very truly yours,

/s/

J. Frederick Motz
United States District Judge