UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

DONNA MICHAEL

    Plaintiff,

V.                                    CIVIL ACTION NO.
                                       8:12-CV-00359 JFM

FULTON, FRIEDMAN & GULLACE, LLP

    Defendant.

## MOTION FOR RECONSIDERATION

Plaintiff Donna Michael respectfully request that this Court order the defendant Fulton, Friedman & Gullace, LLP to pay in additional to the Offer of Judgment of $1,500 and the Order of the Court to pay attorney fees that it also is ordered to pay the Filing fee of $350, receipt number 14637057186 [Doc. No. 1].

Plaintiff makes this request as defendant has failed to make payment for the Offer of Judgment dated March 22, 2012 [Doc. No. 7] and for its willingness to pay the filing fee in said Offer of Judgment.


THE PLAINTIFF


BY/S/Bernard T. Kennedy
Bernard T. Kennedy, Esquire
The Kennedy Law Firm
P.O. Box 657
Edgewater, MD 21037
Ph   (443) 607-8901
Fax (443) 607-8903
Fed. Bar # Md26843
bernardtkennedy@yahoo.com

**CERTIFICATION**

I hereby certify that on 5/8/12 a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

BY/S/Bernard T. Kennedy