# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

DONNA MICHAEL                    *
                                 *
                                 *
    v.                           *     Civil No. – JFM-12-359
                                 *
FULTON FRIEDMAN & GULLACE LLP    *
                            ******

## ORDER

Upon consideration of plaintiff's motion for reconsideration and the memoranda submitted in connection therewith, it is, this 11th day of June 2012

ORDERED

1. Plaintiff's motion for reconsideration (document 18) is granted; and

2. Plaintiff is awarded costs in the amount of $350 plus the attorney's fee previously awarded.

\_\_/s/_____
J. Frederick Motz
United States District Judge